UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-21616-CIV-UNGARO

EMILIO PINERO ,

    Plaintiff,

v.

TWENTY SEVEN BIRDS
HOLDING, INC ,

    Defendant.
_____ /

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Agreed Motion for Entry of Consent Decree (D.E. 13) and the parties Joint Response to Court's Order Requiring Response (D.E. 15).

THIS COURT has reviewed the Joint Motion and Joint Response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that this cause is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record